JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHNSON, also known as Charles Allender,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>LOS ANGELES SUPERIOR COURT,<br><br>　　　　　　Respondent. | Case No. CV 16-8396 PA(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

　　IT IS SO ORDERED.


DATED: November 16, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE